UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

------------------------------------x
:
SCOTT ORTIZ,                        :
:
               Petitioner,   :   08 CV 0062 (TPG)
:
   - against -                    :   **ORDER**
:
:
DALE ARTUS, Superintendent, Clinton :
Correctional Facility,              :
:
               Respondent.   :
:
------------------------------------x

    In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States Courts, I have considered this motion preliminarily and direct that respondent file an answer within thirty (30) days of the date of this order. The clerk of the court is directed to serve, by certified mail, return receipt requested, a copy of this order and the underlying petition on the respondent and the Attorney General of the State of New York.

Dated: New York, New York
       January 14, 2008

SO ORDERED

*Thomas P. Griesa* (signature)

Thomas P. Griesa
U.S.D.J.